# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE |
| NEW VISION INCORPORATED, | NO. 10-00977 |
| Debtor | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE, that the undersigned appears as local counsel for:

| | |
|---|---|
| Allen | Sherman |
| Arnold | James |
| Beverly Jr | Johnny |
| Bingham | Howard |
| Blair | Richard |
| Bowman | Jeffery |
| Butler | Michael |
| Creary | Robert |
| Creel | Shalako |
| Davis | Nathan |
| Dehne | Jeremy |
| Despot | Justin |
| Douglas | Jerome |
| Dunn | Christopher |
| Fagan | Daniel |
| Gayhart | Jarrett |
| Givens | Bryan |
| Harleston | Brett |
| Hodges | Randall |
| Ibarra | Benjamin |
| Jones | Jeff |
| June | Kevin |
| Lloyd | Errol |
| Miller | William |
| Peete | Terry |

| | |
|---|---|
| Reid | Steve |
| Smith | Eugene |
| Sulph | Rohan |
| Ukpebitere | Asher |
| Webster | Michael |
| Weekes | Lester |

who are formerly or currently employed with Debtor New Vision Telecommunications, Inc.'s ("NVT") as installers and technicians; creditors and parties of interest in the above captioned case, and requests receipt of all notices and orders entered in this case.

Dated: October 25, 2010                LAW OFFICE OF DOUGLAS B. JANNEY III

/s/ Douglas B. Janney III
Douglas B. Janney, III TN Bar #019112
LAW OFFICE OF DOUGLAS B. JANNEY III
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
Telephone: (615) 742-5900
Fax: (615) 742-5958
doug@janneylaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2010, a copy of the foregoing electronically filed Motion was served on the parties listed below in the manner indicated therein.

/s/Douglas B. Janney, III
Douglas B. Janney, III

**DEBTOR**

New Vision Inc.
2203 Buchanan Street
Suite 220
Nashville, TN 37208-1911
**VIA U.S.MAIL**

**DEBTOR'S COUNSEL**

Thomas Larry Edmondson Sr.
T. Larry Edmondson Attorney At Law
800 Broadway 3D FL
Nashville, TN 37203-3835
Jcornwell.tlelaw@live.com
**VIA ECF**

**SPECIAL COUNSEL**

Joseph C. Chancey
Drew-Eckl Farnham
880 West Peachtree St. NW
PO Box 7600
Atlanta, GA 30357-0600
**VIA U.S.MAIL**

**UNITED STATES TRUSTEE**
U.S. Trustee
Office of the U.S. Trustee
Ustpregion08.na.ecf@ecf@usdoj.gov
**VIA ECF**

Charles M. Walker on behalf of U.S. Trustee
Charles.walker@usdoj.gov
**VIA ECF**

**TRUSTEE**

Michael Gigandet
Law Office of Michael Gigandet
208 Centre St.
Pleasant View, TN 37146-7053
TN32@ecfcbis.com
**VIA ECF**

**REQUESTS FOR NOTICE/NOTICED APPEARANCE**

Enterprise Fleet Management
Waller Lansden Dortch & Davis, LLP
Attn: Eric Schultenover
Eric.schultenover@wallerlaw.com
**VIA ECF**

Enterprise Fleet Management
Waller Lansden Dortch & Davis, LLP
Attn: Jason J. Shields
Jason.shields@wallerlaw.com
**VIA ECF**

Federal National Commercial, Inc.
c/o Marc T. McNamee
mmcnamee_br@nealharwell.com
**VIA ECF**

Federal National Commercial, Inc.
c/o Stephen Michael Montgomery
smontgomery@nealharwell.com
**VIA ECF**

**REQUESTS FOR NOTICE/NOTICED APPEARANCE, con't.**

Fifth Third Bank NA
c/o John A Medina
jmedina@kenneyandsolomon.com
**VIA ECF**

Aaron J Nash on behalf of General Electric Capital Corporation
anash@haledeweyknight.com
**VIA ECF**

Andrew David McClanahan on behalf of Creditor Metropolitan Trustee
Andrew.mcclanahan@nashville.gov
**VIA ECF**

Neil A Morholt on behalf of U.S. Department of Labor
Morholt.neil@dol.gov
**VIA ECF**

Kevin J. Jones on behalf of Creditor Ford Motor Credit Company LLC
Kevin@kjjlaw.com
**VIA ECF**